JGW:USAO#2014R00100

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

2014 JUN -4  P 3: 16

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | |
| v. | * | CRIMINAL NO. CCB-14-0269 |
| THOMAS LINDWOOD JONES | * | (Conspiracy to Distribute and Possess |
| | * | with Intent to Distribute Heroin and |
| Defendant | * | Cocaine, 21 U.S.C. § 846) |

*******

## INDICTMENT

The Grand Jury for the District of Maryland charges that:

From in or about November of 2013, and continuing through January 14, 2014, in the District of Maryland,

**THOMAS LINWOOD JONES,**

the defendant herein, did knowingly, willfully and unlawfully combine, conspire, confederate, and agree with one or more other persons known and unknown to the Grand Jury to knowingly, intentionally, and unlawfully distribute and possess with intent to distribute one kilogram or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, and five kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code Section 841(a)(1).

21 U.S.C. § 846

_____
Rod J. Rosenstein
United States Attorney

__A TRUE BILL:__

**SIGNATURE REDACTED**

Foreperson

Date: 6/4/2014