AO 442 (Rev. 01/09, MD 6/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Maryland

United States of America
v.

Thomas Linwood Jones
*Defendant*

Case No. CCB-14-0269

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Thomas Linwood Jones

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
21 U.S.C. § 846 – Conspiracy to Distribute and Possess with Intent to Distribute Heroin and Cocaine.

Date: June 4, 2014

*Issuing officer's signature*

Address: 101 W. Lombard Street
Baltimore, Md. 21201

Timothy J. Sullivan, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 6/4/14, and the person was arrested on *(date)* 7/1/14
at *(city and state)* Baltimore MD.

Date: 7/1/14

*Arresting officer's signature*

SA Brian McElhenny
*Printed name and title*