## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| **v.** | * | **Criminal No.: CCB-14-0269** |
| Thomas Linwood Jones | * | |
| **Defendant.** | * | |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

## MOTION TO SUPPRESS TANGIBLE EVIDENCE, DERIVATIVE EVIDENCE AND STATEMENTS

NOW COMES Defendant, Thomas Linwood Jones, by and through counsel, Ivan J. Bates, Esquire, and hereby respectfully moves this Honorable Court pursuant to Federal Rule of Criminal Procedure 12(b)(3) to suppress any and all tangible and derivative evidence, including any statements of the defendant, seized prior to, during, and following his arrest, and in support thereof states as follows:

1.      The Defendant is charged  by way of Indictment to Conspiracy to Distribute and Possess with Intent to Distribute One Kilogram or more of Heroin and Five Kilograms or more of Cocaine (21 U.S.C. § 846).

2.      The evidence in this case was seized without reasonable suspicion or probable cause that a crime had occurred.

3.      Any warrantless arrest in this case was conducted without probable cause. Because the arrest was conducted without probable cause, any items seized as a result of the arrest must be suppressed.

4.      Any statements, admissions, or confessions were involuntary and obtained in violation of the Defendant's privilege against self-incrimination, his right to counsel as guaranteed by the Fifth Amendment and Sixth Amendments to the United States

Constitution, and the Supreme Court's holding in *Miranda v. Arizona*, 384 U.S. 436 (1966).

5.      The Defendant is entitled to a hearing regarding the voluntariness of any statements, admissions, or confessions attributed to him in accordance with the provisions of Title 18 U.S.C. § 3501 and the principles set forth in the case of *United States v. Inman*, 352 F.2d 954 (4th Cir. 1965).

6.      The affidavit underlying the warrant(s) did not establish probable cause to believe that any evidence of crime would be found on the person of the Defendant or in his residence.

7.      The affidavit was so deficient that no objectively reasonable officer would have relied in good faith on the legality of the search warrants.

8.      That any statements of a confidential informant introduced into evidence would violate the Confrontation Clause of the Sixth Amendment as provided in *Crawford v. Washington*, 541 U.S. 36 (2004).

9.      That any wiretaps applied for or executed in this case violated the federal, state, and Constitutional requirements under statute, case law, rules and orders of both Maryland and the United States and any information gained a result is inadmissible.

WHEREFORE, the Defendant moves that

(a)      any and all evidence seized from Defendants' person, vehicle(s), residence(s) be suppressed;

(b)      any and all statements of Defendant be suppressed;

(c)      all evidence gathered as a direct or indirect result of any wiretaps be suppressed;

2

(d)     the trial be severed from the Co-Defendants;

(e)     Defendant be permitted to supplement this Motion and

        Memorandum as needed; and

(f)     this Honorable Court grant any further relief as appropriate.

Respectfully submitted,

Ivan J. Bates, Esquire
Bates & Garcia, LLC
201 N. Charles Street, Suite 1900
Baltimore, Maryland 21202
(410) 814-4600

Counsel for Defendant

Authority:

1.     Fourth, Fifth, and Sixth Amendments to the United States Constitution.
2.     *Crawford v. Washington*, 541 U.S. 36 (2004).
3.     *Doe v. Broderick*, 225 F.3d 440 (4th Cir. 2000).
4.     *Florida v. Royer*, 460 U.S. 491 (1983).
5.     *Miranda v. Arizona*, 384 U.S. 436 (1966).
6.     *United States v. Inman*, 352 F.2d 954 (4th Cir. 1965).
7.     *United States v. Leon*, 468 U.S. 897 (1984).
8.     *Wong Sun v. United States*, 371 U.S. 471 (1963).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of _____Aug_____, 2014, a copy of

the foregoing Motion to Suppress Tangible Evidence, Derivative Evidence and

Statements were mailed first-class, postage pre-paid, United States Mail to Seema Mittal,

36 South Charles Street, Fourth Floor, Baltimore, Maryland 21201.

Ivan J. Bates