# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | **CRIMINAL NO. 14-269-CCB** |
| **THOMAS LINWOOD JONES,** | |
| **Defendant** | |

## ENTRY OF APPEARANCE

To the Clerk:

     Please enter the appearance of Derek E. Hines and Leo J. Wise, Assistant United States Attorneys for the District of Maryland, as counsel for the United States of America.

                            Respectfully submitted,

                            Robert K. Hur
                            United States Attorney

     By: ___/s/_____
                            Derek E. Hines
                            Leo J. Wise
                            Assistant United States Attorneys
                            36 S. Charles Street
                            Fourth Floor
                            Baltimore, Maryland 21201
                            410.209.4800