IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA          *

v.                                *       Case No CCB-14-269

THOMAS JONES                      *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF ENTRY OF APPEARANCE

Please enter the appearance of C. Justin Brown as counsel for the above-captioned Defendant. Mr. Brown is retained counsel.

Respectfully submitted,

_____/s/_____
C. Justin Brown
**BROWN LAW**
1 N. Charles, Suite 1301
Baltimore, MD 21201
Tel: (410) 244-5444
Fax: (410) 934-3208
brown@cjbrownlaw.com